**No. 42631.**—Petition 5899–R of Frazar & Co. (New York).

Opinion by CLINE, J.   It appeared that the importer did not agree with the appraiser as to the proper dutiable value, and as he was unable to get all the information necessary to sustain his contention his appeal to reappraisement was abandoned.   It was found that there was no intention to misrepresent the facts or to defraud the revenue.   The petition was therefore granted.   *Snow* v. *United States* (1 Cust. Ct. 46, C. D. 13) followed.

**No. 42632.**—Protest 942796–G of Karle Pauli Corp. (New York).

Opinion by EVANS, J.   On the record presented the protest was overruled.

**No. 42633.**—Protests 997225–G, etc., of Acierno Bros., Inc., et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstracts 39667, 41794, and 42146 it was held that an allowance should have been made in the weight of the cheese in question to compensate for the inedible covering on the outside.

**No. 42634.**—Protests 912241–G, etc., of Moosalina Products Corp. et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstracts 42146 and 41794 it was held that an allowance should have been made in the weight of the cheese in question to compensate for the inedible covering on the outside.

**No. 42635.**—Protests 788323–G, etc., of Moosalina Products Corp. et al. (New York).

Opinion by KEEFE, J.   On the authority of Abstracts 42146 and 41794 it was held that an allowance should have been made in the weight of the cheese in question to compensate for the inedible covering on the outside.

**No. 42636.**—Protests 738855–G (A), etc., of John A. Alban & Co., Inc., et al. (New York).

Opinion by KEEFE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

OCTOBER 31, 1939

**No. 42637.** Petition 5922–R of Kipp Brothers Co.   *Dismissed* without prejudice on consent order.

NOVEMBER 2, 1939

**No. 42638.** Protest 976755–G of Eurasia Import Co. C. D. 213. Application by plaintiff for rehearing granted.